

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00598-CR

**EX PARTE** Jesus Alfredo **GARCIA CASTILLO**,

From the County Court, Kinney County, Texas
Trial Court No. 10574CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On September 7, 2022, appellant Jesus Alfredo Garcia Castillo filed a notice of appeal stating his intent to appeal an order denying his pretrial application for writ of habeas corpus. In his notice of appeal, appellant indicates the trial court signed the order on August 17, 2022. On September 28, 2022, the Kinney County District Clerk filed the clerk's record, but the clerk's record did not include the August 17, 2022 order referenced in the notice of appeal or a copy of the trial court's certification of the defendant's right to appeal as required by Rule 25.2 of the Texas Rules of Appellate Procedure. See TEX. R. APP. P. 25.2 (requiring trial court's certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"); see also Ex parte Tarango, 116 S.W.3d 201, 203 (Tex. App.—El Paso 2003, no pet.) (explaining that "order denying habeas corpus relief is an appealable order within the meaning of Rule 25.2(a)(2)"). On October 6, 2022, the district clerk filed a notification of late record requesting additional time to file a supplemental clerk's record with a copy of the trial court certificate.

After consideration, we **grant** the extension and **order** the Kinney County District Clerk to file a supplemental clerk's record containing all items required to be contained in the clerk's record, including all orders signed on August 17, 2022 and a copy of the trial court's certification of the defendant's right to appeal, by **October 31, 2022.** See TEX. R. APP. P. 34.5(c)(1) (authorizing appellate court to direct trial court clerk to file supplement containing items omitted from clerk's record), (2) (providing that where appellate court orders trial court to prepare and file certification of right to appeal, trial court clerk must "prepare, certify, and file in the appellate court a supplemental clerk's record").

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court